IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| QUINTIN DROLLINGER,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT LARNA,<br><br>               Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-00770<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). The case involves a complaint of various mistreatment at the hands of Idaho resident Robert Larna, alleged to be the manager at Sky Lane Park. On November 8, 2016, Judge Pead issued a Report and Recommendation, recommending that the complaint be dismissed for failure to prosecute. (Dkt. No. 6.)  Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear their own costs.

      SO ORDERED this 1st day of December, 2016.

                                                               BY THE COURT:

                                                              Clark Waddoups<br>
                                                              United States District Court Judge